No. 15. NATIONAL LABOR RELATIONS BOARD *v.* INSURANCE AGENTS INTERNATIONAL UNION, AFL–CIO. Certiorari, 358 U. S. 944, to the United States Court of Appeals for the District of Columbia Circuit. The contentions raised by respondent's memorandum respecting abatement or mootness are overruled. The contingent motion of Insurance Workers International Union, AFL–CIO, for leave to file a brief is denied. Consideration of petitioner's motion to join Insurance Workers International Union, AFL–CIO, and respondent's contingent motion to delete it as a party respondent are postponed to the hearing of the case on the merits. The motion

of the Prudential Insurance Company of America for leave to file a brief, as *amicus curiae,* is granted. *Solicitor General Rankin* and *Stuart Rothman* for petitioner. *Isaac N. Groner* for respondent and for Insurance Workers International Union, AFL–CIO. *Nahum A. Bernstein* and *Donald R. Seawell* for Prudential Insurance Company of America.